# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA WONG, et al.<br><br>                          **Plaintiffs,**<br><br>v.<br><br>BAYER CORP., et al.<br><br>                          **Defendants.** | Case No.: 2:23-cv-00735-JP<br><br>The Honorable John R. Padova |
| FRANKIE BACA, et al.<br><br>                          **Plaintiffs,**<br><br>v.<br><br>BAYER HEALTHCARE LLC, et al.<br><br>                          **Defendants.** | Case No.: 2:23-cv-02280-JP |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
## AND ORDER THEREOF

IT IS HEREBY STIPULATED, by and between all parties who have appeared, by and through their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all Plaintiffs in the above-captioned matters (listed in **Exhibit A**) hereby dismiss their claims against Defendants with prejudice in their entirety. Plaintiffs and Defendants shall each bear their own costs and attorneys' fees.

IT IS SO STIPULATED that the above-captioned matters are dismissed with prejudice in their entirety.

Dated: April 23, 2025                                                                            Respectfully submitted,

| **McDONALD WORLEY, P.C.** | **DECHERT LLP** |
|---|---|
| By: /s/ *Amy Shahan* <br> Amy Shahan <br> McDONALD WORLEY, P.C. <br> 1770 Saint James Place, Suite 100 <br> Houston, Texas 77056 <br> (713) 523-5500 <br> (713) 523-5501 (fax) <br> amyjshahan@mcdonaldworley.com <br><br> *Attorneys for Plaintiffs* | By: /s/ *Rachel Leary* <br> Rachel Leary <br> rachel.leary@dechert.com <br> Cira Centre <br> 2929 Arch Street <br> Philadelphia, PA 19104 <br> Telephone: +1 215 994-2120 <br><br> *Attorneys for Defendants Bayer Corp., Bayer HealthCare LLC, Bayer Essure Inc., and Bayer HealthCare Pharmaceuticals Inc.* |

**IT IS SO ORDERED.**

Dated: April 29, 2025                     __/s/ John R. Padova_____
                                          Hon. John R. Padova

# EXHIBIT A

**List of Plaintiffs**

| Last Name | First Name | Filing No. |
|---|---|---|
| Baca | Frankie | 2:23-cv-02280; *Frankie Baca, et al v. Bayer Healthcare LLC, et al.* |
| Carey | Mary | 2:23-cv-02280; *Frankie Baca, et al v. Bayer Healthcare LLC, et al.* |
| Collins | Candise | 2:23-cv-02280; *Frankie Baca, et al v. Bayer Healthcare LLC, et al.* |
| Collins | Jessica | 2:23-cv-02280; *Frankie Baca, et al v. Bayer Healthcare LLC, et al.* |
| Daigle | Michelle | 2:23-cv-02280; *Frankie Baca, et al v. Bayer Healthcare LLC, et al.* |
| Daniels | Krystle | 2:23-cv-02280; *Frankie Baca, et al v. Bayer Healthcare LLC, et al.* |
| Donahue | Kelly | 2:23-cv-02280; *Frankie Baca, et al v. Bayer Healthcare LLC, et al.* |
| Gallegos | Yolanda | 2:23-cv-02280; *Frankie Baca, et al v. Bayer Healthcare LLC, et al.* |
| Guenthardt | Melissa | 2:23-cv-02280; *Frankie Baca, et al v. Bayer Healthcare LLC, et al.* |
| Hutchinson | Manda | 2:23-cv-02280; *Frankie Baca, et al v. Bayer Healthcare LLC, et al.* |
| Jordan | Charmaine | 2:23-cv-02280; *Frankie Baca, et al v. Bayer Healthcare LLC, et al.* |
| Ligon | Dominika | 2:23-cv-02280; *Frankie Baca, et al v. Bayer Healthcare LLC, et al.* |

| Lupo (Ryan) | Courtney | 2:23-cv-02280; *Frankie Baca, et al v. Bayer Healthcare LLC, et al.* |
| Maier | The Estate of Michelle | 2:23-cv-02280; *Frankie Baca, et al v. Bayer Healthcare LLC, et al.* |
| O'Donnell | Ashley | 2:23-cv-02280; *Frankie Baca, et al v. Bayer Healthcare LLC, et al.* |
| Oukhchi | Jamie | 2:23-cv-02280; *Frankie Baca, et al v. Bayer Healthcare LLC, et al.* |
| Pearson | Yaritza | 2:23-cv-02280; *Frankie Baca, et al v. Bayer Healthcare LLC, et al.* |
| Ramos | Luz | 2:23-cv-02280; *Frankie Baca, et al v. Bayer Healthcare LLC, et al.* |
| Rodriquez-Davis | Lisa | 2:23-cv-02280; *Frankie Baca, et al v. Bayer Healthcare LLC, et al.* |
| Roetman | Sarah | 2:23-cv-02280; *Frankie Baca, et al v. Bayer Healthcare LLC, et al.* |
| Runyon (Risner) | Brandie | 2:23-cv-02280; *Frankie Baca, et al v. Bayer Healthcare LLC, et al.* |
| Shatley | Terri | 2:23-cv-02280; *Frankie Baca, et al v. Bayer Healthcare LLC, et al.* |
| Smith | Sheena | 2:23-cv-02280; *Frankie Baca, et al v. Bayer Healthcare LLC, et al.* |
| Wadley | Trudy | 2:23-cv-02280; *Frankie Baca, et al v. Bayer Healthcare LLC, et al.* |
| Weiskirch | Misty | 2:23-cv-02280; *Frankie Baca, et al v. Bayer Healthcare LLC, et al.* |

| Getek | Barbaralynn | 2:23-cv-00735; *Angela Wong and Barbara Lynn Getek v. Bayer Corporation, et al.* |
| Wong | Angela | 2:23-cv-00735; *Angela Wong and Barbara Lynn Getek v. Bayer Corporation, et al.* |

4